**Warner Bros. Discovery, Inc. (WBD)**                                   **Richard Collura**

## List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| <u>Account 1</u> | | | |
| Purchase/Acquisition | 5/24/2024 | 5 | $7.7100 |
| <u>Account 2</u> | | | |
| Purchase/Acquisition | 2/23/2024 | 25 | $8.4100 |
| Purchase/Acquisition | 2/28/2024 | 25 | $8.6800 |
| Purchase/Acquisition | 3/5/2024 | 25 | $8.2700 |
| Purchase/Acquisition | 3/20/2024 | 25 | $8.4800 |
| Purchase/Acquisition | 5/17/2024 | 25 | $8.0800 |
| Purchase/Acquisition | 6/17/2024 | 25 | $7.2000 |