UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD COLLURA, individually and on behalf of all others similarly situated,

Plaintiffs,

-v.-

WARNER BROS. DISCOVERY, INC., DAVID M. ZASLAV, and GUNNAR WIEDENFELS,

Defendants.

24 Civ. 9027 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On November 25, 2024, Plaintiffs filed a class action lawsuit on behalf of certain stockholders in Warner Bros. Discovery, Inc. The complaint alleges violations of Section 10(b) of the Securities Exchange Act of 1934 (the "1934 Act"), 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5; and Section 20(a) of the 1934 Act, 15 U.S.C. § 78t(a).

The Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

> Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class —
>
> > (I) of the pendency of the action, the claims asserted therein, and the purported class period[.]

15 U.S.C. § 78u-4(a)(3)(A)(i)(I).

It is hereby ORDERED that on or before **December 16, 2024**, Plaintiffs shall advise the Court in writing of the date and manner in which they published this notice.

SO ORDERED.

Dated: December 2, 2024
       New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge