

**Jeremy A. Lieberman**
Managing Partner

December 16, 2024

**VIA ECF**
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

  RE: *Collura v. Warner Bros. Discovery, Inc. et al.*, 1:24-cv-09027-KPF

Dear Judge Failla:

  Pomerantz LLP represents Plaintiff Richard Collura ("Plaintiff") in the above-referenced putative class action (the "Action").  We write in response to the Court's Order dated December 2, 2024 (the "Order") (Dkt. No. 5), ordering "that on or before **December 16, 2024**, Plaintiffs shall advise the Court in writing of the date and manner in which they published" the statutorily required notice of this Action pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A).

  Pursuant to the Order, Plaintiff respectfully advises the Court that, on November 25, 2024, Plaintiff, through his counsel, caused to be published via *AccessWire*, a national wire service, a press release pursuant to Section 78u-4(a)(3)(A) of the PSLRA (the "Notice"), announcing the pendency of the Action, the claims asserted in the Action, the putative class and class period alleged in the Action, and that any member of the putative class alleged in the Action may move the Court to serve as lead plaintiff in the Action not later than January 24, 2025—*i.e.*, 60 days after the date on which the Notice was published.

  A true and correct copy of the Notice is attached to this letter as Exhibit A and is available at: https://www.accesswire.com/947196/pomerantz-law-firm-announces-the-filing-of-a-class-action-againstwarner-bros-discovery-inc-and-certain-officers-wbd.

        Respectfully submitted,

        Jeremy A. Lieberman

cc: All counsel of record (via ECF)

jalieberman@pomlaw.com

600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9971
NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV
www.pomlaw.com