# EXHIBIT A

# Pomerantz Law Firm Announces the Filing of a Class Action Against Warner Bros. Discovery, Inc. and Certain Officers - WBD

 accesswire.com/947196/pomerantz-law-firm-announces-the-filing-of-a-class-action-againstwarner-bros-discovery-inc-and-certain-officers-wbd



Back to Newsroom

Monday, 25 November 2024 07:00 PM

Pomerantz LLP



**NEW YORK CITY, NY / ACCESSWIRE / November 25, 2024 /** Pomerantz LLP announces that a class action lawsuit has been filed against Warner Bros. Discovery, Inc. ("WBD" or the "Company") (NASDAQ:WBD) and certain officers. The class action, filed in the United States District Court for the Southern District of New York, and docketed under 24-cv-09027, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired WBD securities between February 23, 2024 and August 7, 2024, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired WBD securities during the Class Period, you have until January 24, 2025 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

WBD is a global media and entertainment company that provides a portfolio of content, brands, and franchises across television, film, streaming, and gaming outlets. The Company operates through several reportable segments including, *inter alia*, its Networks segment, which primarily consists of its domestic and international television networks.

WBD's television networks include, *inter alia*, TNT, which has relied on basketball programming to drive ratings and revenue since 1988, particularly through its U.S. sports rights agreements with the National Basketball Association ("NBA"). Under its existing 2014 deal with the NBA, TNT paid an annual average fee of $1.2 billion.

In 2024, the NBA entered advanced discussions with its various partners for a new round of media-rights deals that would last approximately a decade. WBD was unable to reach a new deal with the NBA before its exclusive negotiating window expired in April 2024, allowing the NBA to negotiate with other companies for its sports rights content, including, *inter alia*, NBC, which offered to pay an annual average fee of $2.5 billion, and Amazon, which offered to pay an annual average fee of $1.8 billion.

The Complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) WBD's sports rights negotiations with the NBA were causing, or were likely to cause, the Company to significantly reevaluate its business and goodwill; (ii) WBD's goodwill in its Networks segment had significantly deteriorated as a result of the difference between its market capitalization and book value, continued softness in certain U.S. advertising markets, and uncertainty related to affiliate and sports rights renewals, including with the NBA; (iii) the foregoing significantly increased the likelihood of WBD incurring billions of dollars in goodwill impairment charges; (iv) accordingly, Defendants had overstated WBD's overall business and financial prospects; and (v) as a result, the Company's public statements were materially false and misleading at all relevant times.

On August 7, 2024, WBD issued a press release announcing its second quarter 2024 financial results. Among other items, WBD reported disappointing revenue of $9.71 billion, representing a 6.3% year-over-year decrease and missing consensus estimates by $360 million; as well as a net loss of approximately ***$10 billion*** because of a $9.1 billion non-cash goodwill impairment charge from its Networks segment and $2.1 billion in other one-time accounting effects. WBD disclosed that the goodwill impairment charge was "triggered in response to the difference between market capitalization and book value, continued softness in the U.S. linear advertising market, and uncertainty related to affiliate and sports rights renewals, including the NBA."

On this news, WBD's stock price fell $0.69 per share, or 8.95%, to close at $7.02 per share on August 8, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights

of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising. Prior results do not guarantee similar outcomes.

**SOURCE:** Pomerantz LLP

Topic:

Class Action


Back to Newsroom

## Contact Us Today

**If you have questions or want to learn more about our products, our team's here to help!**

Contact Us

3/3