**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICHARD COLLURA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WARNER BROS. DISCOVERY, INC., DAVID M. ZASLAV, and GUNNAR WIEDENFELS,<br><br>Defendants. | **CASE No. 1:24-cv-09027-KPF**<br><br>**NOTICE OF ERRATA**<br><br><u>**CLASS ACTION**</u> |

**PLEASE TAKE NOTICE** that Anthony Yuson ("Yuson") and Michael Steinberg's ("Steinberg" and, together with Yuson, "Movants") Stipulation and [Proposed] Order Appointing Co-Lead Plaintiffs and Co-Lead Counsel (Dkt. No. 24) omitted reference to the Joint Declaration attached to it as an Exhibit, as well as supporting cases and reference to Movants' participation in a conference call with each other. As such, Movants file herewith a corrected version of the Stipulation and [Proposed] Order Appointing Co-Lead Plaintiffs and Co-Lead Counsel.

Dated: February 7, 2025                 Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

<u>/s/ Phillip Kim</u>
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com

1

Email: lrosen@rosenlegal.com

**POMERANTZ LLP**

By: */s/*J. Alexander Hood II
J. Alexander Hood II
Jeremy A. Lieberman
James M. LoPiano
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com
jalieberman@pomlaw.com
jlopiano@pomlaw.com

*Co-Lead Counsel for Movants and [Proposed] Co-Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Lead Plaintiff Movant Michael Steinberg*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim

3