**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICHARD COLLURA, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WARNER BROS. DISCOVERY, INC., DAVID M. ZASLAV, and GUNNAR WIEDENFELS,<br><br>    Defendants. | **CASE No.: 1:24-cv-09027-KPF**<br><br>**STIPULATION AND [PROPOSED] ORDER APPOINTING CO-LEAD PLAINTIFFS AND CO-LEAD COUNSEL**<br><br><u>**CLASS ACTION**</u> |

WHEREAS, this putative securities class action was commenced on November 25, 2024 on behalf of investors that purchased or otherwise acquired the securities of Warner Bros. Discovery, Inc. ("WBD" or the "Company") from February 23, 2024 through August 7, 2024, both dates inclusive;

WHEREAS, that same day, notice of the action was issued pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") advising WBD investors of the January 24, 2025 deadline to seek appointment as lead plaintiff;

WHEREAS, on January 24, 2025, two lead plaintiff motions were timely filed by: (1) Anthony Yuson ("Yuson") (Dkt. No. 20); and (2) Michael Steinberg ("Steinberg" and, together with Yuson, "Movants") (Dkt. No. 23);

WHEREAS, Movants recognize that they each have an interest in any recovery sought and satisfy the relevant requirements of adequacy and typicality under Rule 23 of the Federal Rules of Civil Procedure, and, after reviewing each other's submissions, believe it is in the putative class's best interest that Movants be appointed as Co-Lead Plaintiffs and their selected counsel be appointed Co-Lead Counsel;

1

WHEREAS, Movants have both provided sworn Certifications pursuant to the PSLRA in support of their respective applications for Lead Plaintiff appointment, setting forth, *inter alia*, their transactions in WBD securities (*see* Dkt. Nos. 22-2, 23-4);

WHEREAS, Yuson claims that he sustained approximately $177.83 in losses as a result of Defendants' alleged fraudulent conduct (*see* Dkt. No. 22 at 5);

WHEREAS, Steinberg claims that he sustained approximately $114 in losses as a result of Defendants' alleged fraudulent conduct (*see* Dkt. No. 23-1 at 1, 6);

WHEREAS, Movants both claim similar sized losses and have a financial interest in the outcome of this litigation;

WHEREAS, Movants are also both qualified to serve as co-lead plaintiffs in this case given, among other things, their respective lead plaintiff submissions (Dkt. Nos. 20-23);

WHEREAS, having reviewed one another's submissions to the Court, Movants believe that they both satisfy the typicality and adequacy requirements of Rule 23;

WHEREAS, having reviewed one another's submissions to the Court, and after meeting and conferring via a conference call, Movants decided that it is in the best interests of the Class to join together as Co-Lead Plaintiffs and for their respective selections of The Rosen Law Firm, P.A. ("Rosen Law") and Pomerantz LLP ("Pomerantz") to serve as Co-Lead Counsel in that it will, *inter alia*, provide broader representation to class members, allow their counsel to pool their resources to immediately and efficiently commence prosecution of this Action, and avoid further delay associated with a protracted lead plaintiff dispute;

WHEREAS, Movants are committed to supervising the conduct of this litigation by their counsel and to ensuring that counsel coordinate appropriately, prosecute the action efficiently, and avoid any duplication of effort in the conduct of the litigation;

WHEREAS, courts around the country, including within this District, have endorsed stipulations among competing lead plaintiff movants as promoting the statutory purposes of the PSLRA, and have permitted independent lead plaintiff movants to join together to avoid protracted lead plaintiff disputes. *See, e.g.*, *In re Grab Holdings Limited Securities Litigation*, No. 1:22-cv-02189-VM, Dkt. No. 39 (S.D.N.Y. June 7, 2022) (approving stipulation of lead plaintiff movants); *Deputy v. Akebia Therapeutics, Inc. et al.,* No. 1:22-cv-01411-AMD-VMS (E.D.N.Y.), ECF Order on June 28, 2022 (same); *Zhou v. Faraday Future Intelligent Elec. Inc. et al.,* No. 2:21-cv-09914-CAS-JC (C.D. Cal.), Dkt. No. 33 (same); *Terenzini v. GoodRx Holdings, Inc. et al.,* No. 2:20-cv-11444-DOC-PD (C.D. Cal.), Dkt. No. 65 (same); *In re Facebook, Inc. Sec. Litig.,* No. 5:18-cv-01725-EJD (N.D. Cal.), Dkt. No. 56 (same); *In re Millennial Media, Inc. Sec. Litig.,* 87 F. Supp. 3d 563, 570 (S.D.N.Y. 2015) ("A co-lead plaintiff structure best protects the interests of the class … and gives the class the advantages of the combined knowledge, experience, and judgment of both lead plaintiffs.");

WHEREAS, Rosen Law and Pomerantz have successfully prosecuted similar securities class actions as co-lead counsel. *See, e.g.*, *Vataj v. Johnson, et al.*, No. 4:19-cv-06996-HSG (N.D. Cal.) (case regarding PG&E Corporation common stock); *Thomas, et al., v. MagnaChip Semiconductor Corp., et al.*, No. 3:14-CV-01160-JST (N.D. Cal.); *Pirnik v. Fiat Chrysler Automobiles N.V. et al.*, No. 1:15-cv-07199-JMF (S.D.N.Y.); *Thorpe, et al., v. Walter Investment Management Corp.*, No. 1:14-cv-20880-UU (S.D. Fla.); *In re Blue Apron Holdings, Inc. Securities Litigation*, No. 17-cv-04846-NGG-PK (E.D.N.Y.); *Whiteley, et al. v. Zynerba Pharmaceuticals, Inc., et al.*, No. 2:19-cv-04959-NIQA (E.D. Pa.); *Chan, et al., v. New Oriental Education & Technology Group Inc., et al.*, No. 2:16-cv-09279-KSH-CLW (D.N.J.); *Ortiz v. Canopy Growth Corp., et al.*, No. 2:19-cv-20543-KM-ESK (D.N.J.) (Rosen Law, Pomerantz, and Hagens Berman Sobol Shapiro LLP as Co-Lead Counsel);

WHEREAS, Movants also submit herewith as Exhibit A a Joint Declaration demonstrating that they, *inter alia*: (i) have agreed to jointly prosecute this action; (ii) are aware of the requirements and responsibilities of being Lead Plaintiff; (iii) will continue to work with each other to monitor and oversee this action; and (iv) are aware of their fiduciary duties under the PSLRA to oversee this action and counsel. Courts have approved lead plaintiff groups that have submitted similar declarations.  *See Goldstein v. Puda Coal, Inc.*, 827 F. Supp. 2d 348, 356 (S.D.N.Y. 2011*)*; *Reimer v. Ambac Fin. Group, Inc.*, Nos. 08 Civ. 411(NRB) *et al.*, 2008 WL 2073931, at *3 (S.D.N.Y. May 9, 2008); *Pirnik v. Fiat Chrysler Automobiles N.V. et al.*, No. 1:15-cv-07199-JMF, Dkt. No. 24 at 1-2 (S.D.N.Y.) (appointing two investors as co-lead plaintiffs and Pomerantz and Rosen Law as co-lead counsel where co-lead plaintiff movants, *inter alia*, submitted "a joint declaration attesting that they (1) have agreed to jointly prosecute the action; (2) are aware of the requirements and responsibilities of being a lead plaintiff; (3) will continue to work together to monitor and oversee the action; and (4) are aware of their fiduciary duties under the PSLRA to oversee the action and lead counsel");

IT IS HEREBY STIPULATED, that subject to the Court's approval, Movants agree to serve as Co-Lead Plaintiffs and Rosen Law and Pomerantz agree to serve as Co-Lead Counsel.

**APPOINTMENT OF CO-LEAD PLAINTIFFS AND APPROVAL OF COUNSEL**

1. Having considered the provisions of Section 21D(a)(3)(B) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), the Court hereby determines that Movants are the most adequate plaintiffs and satisfy the requirements of the PSLRA. The Court hereby appoints Movants as Co-Lead Plaintiffs to represent the interests of the class.

2. Pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), Movants have selected Rosen Law and Pomerantz to serve as Co-Lead Counsel. The Court approves Rosen Law and Pomerantz as Co-Lead Counsel.

4

3.      Co-Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Co-Lead Counsel shall designate:

      a.   to coordinate the briefing and argument of any and all motions;

      b.   to coordinate the conduct of any and all discovery proceedings;

      c.   to coordinate the examination of any and all witnesses in depositions;

      d.   to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

      e.   to call meetings of the plaintiffs' counsel as deemed necessary and appropriate from time to time;

      f.   to coordinate all settlement negotiations with counsel for defendants;

      g.   to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required;

      h.   to coordinate the preparation and filings of all pleadings; and

      i.   to supervise all other matters concerning the prosecution or resolution of the claims asserted in the Action.

4.      No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Co-Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Co-Lead Counsel.

5.      Service upon any plaintiff of all pleadings, motions, or other papers in the Action, except those specifically addressed to a plaintiff other than the Co-Lead Plaintiffs, shall be completed upon service of Co-Lead Counsel.

6.      Co-Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokespersons for all plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel. Co-Lead Counsel shall be the contact between the Court and plaintiffs and their counsel.

Dated: February 7, 2025                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/Phillip Kim
Phillip Kim
Laurence M. Rosen
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

**POMERANTZ LLP**

By: */s/*J. Alexander Hood II
J. Alexander Hood II
Jeremy A. Lieberman
James M. LoPiano
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com
jalieberman@pomlaw.com
jlopiano@pomlaw.com

*Co-Lead Counsel for Movants and [Proposed] Co-Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

6

*Additional Counsel for Lead Plaintiff Movant
Michael Steinberg*

SO ORDERED:

DATED: _____

_____

HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT COURT JUDGE

8

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 7, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/ Phillip Kim</u>

8