# Exhibit A

**JOINT DECLARATION OF ANTHONY YUSON AND MICHAEL STEINBERG IN SUPPORT OF THEIR STIPULATION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD COUNSEL**

We, Anthony Yuson and Michael Steinberg, pursuant to 28 U.S.C. § 1746, declare as follows:

1. We respectfully submit this Joint Declaration in support of our stipulation for appointment as Co-Lead Plaintiffs and approval of our selection of The Rosen Law Firm, P.A. ("Rosen Law") and Pomerantz LLP ("Pomerantz") as Co-Lead Counsel in the instant class action on behalf of investors in the securities of Warner Bros. Discovery, Inc. ("WBD") pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We are each informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Joint Declaration.

2. We have discussed the requirements and responsibilities of being a Lead Plaintiff in a securities class action governed by the PSLRA with each other and our counsel, including during a conference call we participated in with each other. We understand that it is our responsibility to keep informed regarding the status and progress of this action, the strengths and weaknesses of the case, and any prospects for resolution of this matter.

3. We understand that it is the Lead Plaintiff's responsibility to monitor counsel and to remain fully informed regarding the status and progress of this litigation and the prospects for any resolution of this matter. We further understand that, as Co-Lead Plaintiffs, we will have responsibility for making important litigation decisions and directing counsel with respect to this litigation, after receiving the benefit of counsel's advice. To discharge these duties, we will, among other things, review pleadings and motion papers received from counsel, obtain periodic status reports on the progress of the litigation, and potentially produce documents, answer

1

interrogatories, and/or sit for depositions. We will provide input into litigation decisions and strategies and be involved in the final approval of any major litigation decisions, including whether to settle the litigation and, if so, for what amount.

4. We are aware that Lead Plaintiffs have a fiduciary duty to the entire Class, which we each intend to represent fully and faithfully in order to protect the Class's interests. We understand that to fulfill our fiduciary duties and obligations as Co-Lead Plaintiffs, we must fairly and adequately represent the Class by vigorously prosecuting this case on behalf of the Class. Each of us will do our best to maximize the recovery for the Class.

5. We will take an active role in the prosecution of the case, including supervising Co-Lead Counsel and ensuring that the case is handled in an efficient manner.

6. We will continue to communicate regularly with counsel and each other regarding major litigation events, such as important motions, settlement discussions, trial preparation and trial, and shall have the authority and responsibility to direct counsel with respect to each of these events after receiving the benefit of Co-Lead Counsel's advice. We will communicate with our counsel—and with each other separately from our attorneys—as often as necessary to ensure the vigorous and efficient prosecution of this case, as well as to discuss the progress of the litigation and the litigation strategies recommended by our counsel. To this end, we have shared our contact information with each other. We anticipate these communications will occur as often as necessary, depending on the current activity in the case. We understand that litigation of this nature has periods of greater and lesser activity, and we will remain available to counsel and each other as needed to fulfill our role as Co-Lead Plaintiffs.

7. In consultation with our counsel and each other, including during the conference call we participated in with each other, we agreed to proceed together because we each suffered

2

losses in our investments in WBD securities, would each like the opportunity to participate in this action as a Lead Plaintiff, and believe it is in the best interests of the Class to amicably pool our respective resources and experience to effectively and efficiently prosecute this action jointly, while avoiding the additional cost and delay of prolonged motion practice at the expense of the Class. In addition, we agreed to jointly prosecute this case together as Co-Lead Plaintiffs to ensure the best representation of the Class.

8.      We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to that end will consult with our counsel as we deem necessary to fulfill our fiduciary obligations to the Class. In the event that such a disagreement arises, we agree to resolve such disagreement by a majority vote, in which each of us possesses a number of votes equal to our losses incurred in connection with our Class Period purchases of WBD securities, calculated in terms of U.S. dollars. We recognize that even in the event of such a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

9.      We understand that the PSLRA and courts throughout the country, including courts in this District, have endorsed the appointment of small groups of investors to serve as Co-Lead Plaintiffs when the group establishes that its members can oversee the litigation and their proposed Lead Counsel in an independent manner. We intend to prosecute this litigation in such an independent and vigorous manner.

10.     We believe that Rosen Law and Pomerantz should be approved by the Court to serve as Co-Lead Counsel. We each approved Rosen Law and Pomerantz as our designated Co-Lead Counsel because they have extensive securities litigation experience and have achieved outstanding results on behalf of defrauded investors. We believe that the proven track records of

Docusign Envelope ID: 4F007416-0671-4B28-B2E2-62B2D15BBC78

Rosen Law and Pomerantz demonstrates that they will work to obtain the best possible recovery for the Class. We also understand that Rosen Law and Pomerantz have successfully worked together as Co-Lead Counsel in prior securities class actions governed by the PSLRA. We also understand that Co-Lead Counsel owes a fiduciary duty to all members of the proposed Class to provide fair and adequate representation.

11. Rosen Law and Pomerantz have been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. We will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this ____6th____ day of February, 2025.


Anthony Yuson

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this ____6th____ day of February, 2025.

Signed by:

Michael Steinberg

AA23B9ADFE2245F...

Michael Steinberg