**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICHARD COLLURA, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>        v.<br><br>WARNER BROS. DISCOVERY, INC., DAVID M. ZASLAV, and GUNNAR WIEDENFELS<br><br>                 Defendants. | Case No. 1:24-cv-09027-KPF<br><br>Honorable Katherine Polk Failla |

**DECLARATION OF JONATHAN D. POLKES IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

I, Jonathan D. Polkes, declare the following under penalty of perjury:

1.     I am an attorney duly admitted to practice before this Court and a member of White & Case LLP, counsel for Defendants Warner Bros. Discovery, Inc. ("WBD"), David M. Zaslav, and Gunnar Wiedenfels (collectively, "Defendants"). I submit this Declaration in support of Defendants' Motion to Dismiss the First Amended Complaint (the "Motion").

2.     True and correct copies of the following documents cited in the accompanying Memorandum of Law in Support of the Motion are attached as Exhibits 1 through 27.[1]

| Exhibit | Description |
|---|---|
| 1 | Transcript of WBD's Q4 2023 earnings call, held on February 23, 2024 |
| 2 | Alex Sherman, *NBA's exclusive TV rights negotiating window with ESPN, Warner expected to pass without a deal*, CNBC (Apr. 18, 2024) |
| 3 | Steve McCaskill, *NBA's exclusive US media rights negotiation window with ESPN and WBD expires 'without agreement'*, SPORTS PRO (Apr. 22, 2024) |

---

[1] Page numbers have been added to Exhibits that did not already contain them, for ease of reference.

| Exhibit | Description |
|---|---|
| 4 | Dade Hayes, *NBA Rights Chase Will Reportedly Draw Hefty NBCUniversal Bid, With Amazon Looking To Lock League's First National Streaming Deal*, DEADLINE (Apr. 29, 2024) |
| 5 | Transcript of panel on "The Corporate Compass: Charting the Role of CEO" at the 2024 Milken Institute Global Conference, held on May 6, 2024 |
| 6 | Transcript of WBD's Q1 2024 earnings call, held on May 9, 2024 |
| 7 | Transcript of Defendant Wiedenfels's remarks at J.P. Morgan 52nd Annual Global Technology, Media and Communications Conference, held on May 22, 2024 |
| 8 | Transcript of Defendant Zaslav's remarks at Bernstein Strategic Decisions Conference, held on May 30, 2024 |
| 9 | Exhibit 99.1 to WBD's Form 8-K, dated August 7, 2024 |
| 10 | WBD's Form 10-K, for the fiscal year ended December 31, 2023, dated February 23, 2024 |
| 11 | WBD's Form 10-Q, for the quarterly period ended March 31, 2024, dated May 9, 2024 |
| 12 | Eric Fisher, *Warner Bros. Discovery CEO's About-Face on Rights: 'We Love the NBA'*, FRONT OFFICE SPORTS (May 7, 2024) |
| 13 | James Faris, *It's a do-or-die moment for debt-riddled Warner Bros. Discovery's live-sports strategy as it vies for NBA rights*, BUSINESS INSIDER (Mar. 8, 2024) |
| 14 | Oliver Darcy, *Warner Bros. Discovery's stock plummets to new low amid concerns the media giant could lose its NBA rights*, CNN (May 1, 2024) |
| 15 | Associated Press, *Warner Bros. Discovery to match Amazon Prime offer for NBA rights*, ESPN (July 23, 2024) |
| 16 | Joe Flint and Isabella Simonetti, *Amazon, YouTube Vie for NBA Streaming Rights as League's Media Talks Heat Up*, THE WALL STREET JOURNAL (Apr. 25, 2024) |
| 17 | Joe Flint, Amol Sharma, and Isabella Simonetti, *NBC Prepares $2.5-Billion-a-Year Bid to Pluck NBA Rights From TNT*, THE WALL STREET JOURNAL (Apr. 29, 2024) |
| 18 | Allie Canal, *Why losing NBA media rights would be a 'big negative' for Warner Bros. Discovery*, YAHOO! FINANCE (May 6, 2024) |
| 19 | Kayla Cobb, *NBA's $76 Billion TV Rights Deal Is Setting the Future for Live Sports Analysis*, YAHOO! FINANCE (May 9, 2024) |

| **Exhibit** | **Description** |
|---|---|
| 20 | Stephen Battaglio, *No NBA deal yet for Warner Bros. Discovery, but David Zaslav is 'hopeful'*, LOS ANGELES TIMES (May 9, 2024) |
| 21 | Tania Ganguli, Kevin Draper, and Nicole Sperling, *As N.B.A TV Deal Nears, Warner Bros. Discovery Is on the Outside*, THE NEW YORK TIMES (June 16, 2024) |
| 22 | Transcript of WBD's Q2 2024 earnings call, held on August 7, 2024 |
| 23 | Jimmy Traina, *Where the NBA TV Rights Deal Stands After WBD Matches Amazon's Offer*, SPORTS ILLUSTRATED (July 23, 2024) |
| 24 | WBD Form 4, filed by Defendant Wiedenfels on March 1, 2024 |
| 25 | WBD Form 4, filed by Defendant Wiedenfels on March 5, 2024 |
| 26 | WBD Form 4, filed by Defendant Wiedenfels on March 8, 2024 |
| 27 | WBD Form 4, filed by Defendant Wiedenfels on July 12, 2024 |

Dated: July 11, 2025

/s/ Jonathan D. Polkes
Jonathan D. Polkes

3