# EXHIBIT 3

# NBA's exclusive US media rights negotiation window with ESPN and WBD expires 'without agreement'

Deal could yet be struck but league can now talk to Amazon, Apple, and others.

22 APRIL 2024      STEVE MCCASKILL                              **NEWS**



Getty Images

**SHARE THIS ARTICLE**

- ESPN and WBD's domestic rights deals currently worth US$24 billion

- 45-day exclusive window period has now concluded
- Amazon has been heavily linked with a move for NBA

The National Basketball Association's (NBA) exclusive negotiation window with its existing domestic media rights partners Disney and Warner Bros Discovery (WBD) has reportedly concluded without a definitive agreement.

Disney's ESPN and WBD's TNT Sports have national television deals worth a combined US$24 billion that expire at the end of the 2024/25 campaign. Both have indicated their desire to renew with the NBA in a bid to boost both their linear and over-the-top (OTT) offerings.

Although 45 days of talks between the league and its incumbent partners have so far failed to yield an extension both the ESPN and WBD are still at the negotiating table.

## RELATED POSTS

 Why a successful in-season tournament is crucial to the NBA's next TV deal

 The US$75bn media rights sale: Why all eyes are on the NBA TV deal that could change US sports broadcasting

However, the **NBA** is now able to solicit offers from other potential suitors, including **NBC**, Amazon, Apple, Google and Netflix, all of which have held at least preliminary conversations, according to **CNBC.**

The NBA is thought to be targeting at least one streaming partner in its next cycle, as it looks to tap into heightened demand for premium live sports content. The league is targeting a significant increase on the value of its current deals, with some suggesting it could double or even treble its annual domestic broadcast revenues to US$75 billion.

Local broadcast rights could have an influence on negotiations, with the NBA keeping a keen eye on the regional sports network (RSN) space and Diamond Sports Group's (DSG) attempts to restructure its finances. Meanwhile, the league has also synced its international media deals to the same cycle, potentially opening the door for global deals with major tech platforms.

A final decision isn't expected until after the NBA Finals in June.

## SportsPro says…

With the US television and digital rights to virtually every other major sports property sewn up for the medium to long term, the NBA sale is the last major opportunity for broadcasters and streamers to truly push the needle for the foreseeable future.

The NBA's ability to draw national audiences is bettered only by the National Football League (NFL) and college football, while its young, diverse audience is highly prized by broadcasters, advertisers and other players in the sports ecosystem.

ESPN is keen to secure marquee programming ahead of the launch of its full direct-to-consumer (DTC) service in 2025, while WBD is eager to retain its flagship sports property to maintain the appeal of its cable channels and make its Max streaming service more attractive. Both are also launching a sports-focused streaming venture later this year. And that's before you consider the tech giants who see sport as a valuable customer acquisition and retention tool for their wider portfolio.

It's entirely likely ESPN and WBD will yet secure an agreement, potentially with a third or even a fourth partner in the mix. But it is telling that when they signed their current deals more than a decade ago, they did so five months before their exclusive window came into effect.

The media landscape in 2024 is a much more different place. The dynamics at play are so complex and interweaving, and the potential

rewards so vast, that it's no surprise the NBA is taking its time and assessing all its options.