# EXHIBIT 5

**The Milken Institute, Global Conference 2024**
**The Corporate Compass: Charting the Role of CEO**
**Monday, May 6 2024 10:30 AM-11:30 AM**

**Panelists: Carmine Di Sibio, Jessica Sibley, Raj Subramaniam, David Zaslav**
**Moderator: Andy Serwer**

**Serwer:** All right. Good morning, everyone. I'm Andy Serwer, the moderator, and we have a terrific panel here. This is all about being a CEO. It's a job that never gets easier. And I think that that's probably something you guys are all are going to agree about, right?

It just gets, tougher and tougher. So the panel to my immediate left, Carmine DiSibio, CEO of EY, Jessica Sibley, the CEO of Time Inc., my old colleague, Raj Subramaniam, the CEO of FedEx, and David Zaslav, the CEO of Warner Brothers Discovery. Please join me and give me a big hand.

Because it's a tough job. It's a tough job, people. And of course, we're going to talk a little bit about stakeholder capitalism and the various constituencies that you have to speak to, which, you know, increasingly are agitating in different ways that complicate matters tremendously. So I think we'll just start to my immediate left with Carmine and ask you, what do you see as your job? And I know you're leaving next month. So, by the way, which is great news for everybody, because he's going to speak his mind. He can say anything he wants, because he's out of here.

**Di Sibio:** That's true.

**Serwer:** I can see some comms people from EY while looking at me. It's true. Right over there. It's true. But what do you see what did you see have you seen your primary responsibility as Chief Executive Carmine?

**DiSibio:** Well, for me, Andy, it's been around really making sure that we're driving the company forward, that we're meeting our goals, but that we're taking care of our people and our stakeholders. And for me, our shareholders are our partners, and obviously we're in a people business, we're in a people and technology business, and so it's attracting people, attracting all the talent around the world. We have 400,000 people around the world in 150 countries. So you might say, oh, my God, that's unmanageable, but we have great leaders around the world. But having the company going in the right direction, doing the right thing, I think compass is a good word, moral compass is a good word. Having a purpose, ours is building a better working world. You know, having the culture of the company being what you want it to be, and being a culture that resonates with our people, that resonates with our clients, is extremely important.

And look, for in the last five or six years, it's been difficult being a CEO for many reasons. One was COVID. If you think about COVID, I mean, we were in a situation in our business, we didn't know what was going to be next in terms of COVID, but we came through that very, very well. Two, I'd say, today is geopolitics. Geopolitics is incredibly difficult. By far, the most difficult it's been since I've been in the corporate world, which is 39 years; navigating what's happening around the world. And from our standpoint, it's our people. And we have different opinions, obviously, and we navigate those opinions. And then three is the world economy and where that's going and interest rates. Interest rates is a big deal for our business as well. People don't understand that, but, you know, our consulting business, we need companies to invest and they invest more when rates are lower.

**Serwer:** Right. By the way, thank you for that, Carmine. Before I go to the others, I want to remind you guys that you can submit questions if you scan the QR code and we will take your questions a little bit later on. So please do that. David, I want to go over to you way down there. How are you doing?

**Zaslav:** Good.

**Serwer:** Good, good to see you. You don't even have to go too far to cut to this panel because you're here part time in L.A., right?

**Serwer:** Half the time, yeah.

**Serwer:** Half the time. All right. And so, how do you think about, do you think about your job in terms of different stakeholders, or does is that something that doesn't even enter your thinking? You're just laser focused on cash flow. What's your mandate?

**Zaslav:** Well, I think the first focus is, what is our company? I just speak to me as a CEO. I've been running a public company for 18 years, and build a great leadership team and have a real focus on what we are. In the case of Warner Brothers discovery, we're storytelling company. And we own a lot of great IP from Harry Potter to D.C., Game of Thrones. How do we tell great stories? And, you know, our overall focus when we took over Warner was that the best content would win. If we have 35 or 40% of the great IP, and we could tell great stories that that would win. But it's a very disruptive time. And for us, it's not just, how do we tell the great stories, but how do we get that distributed around the world in a way that really makes a difference? And you talked about culture. For us, it's really hyper focusing on getting the most creative talent back to Warner Brothers, back to Warner Brothers Discovery, creating content that people want to watch everywhere in the world. We're the biggest producer of content in the world, are the biggest producer of motion pictures in the world. And we're also on this journey to get our content to people in a new way, you know, most of my 18 years, we owned free to air channels and cable channels. If you went anywhere in the world, we had 10 to 15 of those channels and we had a big share in every market, and that was the only way that people could consume content. The big change over the last couple of years is that the industry is disrupting, and it is challenging, but on the other hand, it's a very, very consequential time, and it's an exciting time. You know, most of my 18 years, whereas what content am I going to put on the cable channels and the free to air channels? Now we're building a new product, Max, to take around the world. We're putting our content and making it available on every platform. And so I think this is the most exciting time to be in the media business, and it's the most consequential time. And we do need a leadership team that is willing to take a lot of risk. You know, that's what we have done, you know, but you've read a lot

about Warner Brothers Discovery, but in the last two years, we said two years ago that this was a generational disruption. And so when we took over the company, we built a leadership team and we looked at each business and said, what does this business look like if we started today? And how do we generate enough economics to support the kind of storytelling that we want to do? And we had a shared mission. And here we are a little over two years later, and we've really begun to make the turn. The business was losing a few billion dollars when we got there. It's now making several billion dollars, and we've paid down a lot of debt. But most importantly, the best creative people are coming back to Warner Brothers from Tom Cruise to Paul Thomas Anderson to a list of the best and the brightest that are part of Warner Brothers television. So for us, it's: don't lose sight of what we are. We're storytelling company. We have great content that people love everywhere in the world. Let's do a great job at that, but we need to figure out how to make sure it can get distributed in a contemporary way so that everyone can enjoy it.

**Serwer:** Yeah, there's a lot to drill down there, David, and I'll get back to you on some of those things. But I want to point out that something that you and Jessica have in common, which is you both are working in, what I think is the toughest business on the planet. Media. And, you know, because of the change, David, that you were just talking about, but, you know, you're front and center, it's a very public facing business, and Jessica, I'm wondering how you see your role in terms of steering this story brand. It's an old brand into this modern realm.

**Sibley:** Well, thank you, Andy, and thank you for the Milken Institute for having me on this panel and I appreciate your first words to me when we reconnected. Are you having fun? And a lot of people have asked me that. I am a new and first time CEO. People said, you're not supposed to say that. I just said it. I haven't had 18 years of experience like David has as a CEO. But what I will say is that for over 30 years, I've done the traditional legacy media business very successfully. So taking incredible story brands like Time, and innovating and reinvigorating and recalibrating and making sure that they stay contemporary and relevant, I will also say that it's a huge responsibility and that weighs on me, you ask about stakeholders. We have incredible journalists, everything that we do is rooted in trusted journalism and the red border of Time means something. It matters more now than ever before in a world of disinformation and misinformation and some people even say "fake news" or so many people here in media today and Time has stood the test of time for 100 years. And the world deserves trusted journalism that's balanced, that's objective, that's rigorously reported. So when I say the responsibility in my role, it's feels some days like a higher calling or a higher purpose to do something that's right and meaningful. 80% of people in the world actually don't pay for content. And unfortunately, the content that they receive isn't necessarily reliable and objective. And it's based on a lot of different technologies and I won't get into all of that. But Time is free, and we took down the paywall a year ago. And I think that's really important that, you know, while we're having over 60 high stake elections and we love all new platforms, and we've expanded our audience that there is a place in the world for Time. We've got Justin Worland here who just moderated the panel before and he's the leading climate journalist in this country today. And to me, that's really important. That's our product, our journalism, that engages an audience, that our marketers want to reach.

**Serwer:** Journalists are tough. David knows about that. He's got CNN as part of his portfolio. It's an interesting group. You're also working for a legend, a business leader, Marc Benioff, and that brings me over to Raj because he's succeeded a legend, Fred Smith. And, you know, those are talk about big shoes to fill, the founder and CEO of FedEx. I know you worked there for a while, so you saw what he was doing. Talk about your job a little bit, Raj.

**Subramaniam:** Well, thank you, Andy, you know, taking over as a CEO is interesting in itself. Taking over from a founder as a whole another ballgame. And Fred, you know, founded this industry back in 1973 has been CEO for 50 years. And 50th years when he said, okay, time to move on here. Now, the good news about that was this transition to me was well signaled for many years. It was only a matter of time. So the preparation was done so that when the change actually happened, it was done relatively smoothly. Of course, anytime you take over a founder, it's always going to be interesting. But he is nothing but been steadfast in support. The first 50 years of FedEx got to say, since we talked about culture, you know, one of the he founded this industry, is a legend, but one of the great things about FedEx and from the very beginning was the culture, and which, in a way, encapsulate under the three stakeholders: people, service, and profit.

So our team members and employees, our customers provide the best service to our customers, return returns to shareholders, we reinvest back in our people. This unending circle of PSP was the founding philosophy of FedEx back in the 70s, and is endured all the way, and I guarantee you will endure going forward. So it works for us, it's a good balance, and that's really critical for us. So one of the things I would say is the building physical networks is hard. People take it for granted. When you get on the phone and you call anywhere in the world, you have a telephone network, you don't think about it. But when you can move anything from any one point in the world to any other point in the world in a couple of days, now that's really hard, but that's what's taken 50 years to build. So in many ways, for me, it's very straightforward. I can see far because I'm standing on the shoulder of a giant, to borrow from Galileo. And that's exactly what we're doing. So now we are using that foundation, that Fred has built over his 50 years to say and his work, and we go next.

And, you know, I'll just tease it for a second. The word supply chain, you know, before the pandemic, I guess if I had mentioned that word in this audience here, you probably would have escorted me out, but then now it's become a talk show, everyone talks about supply chains. We are now the ability for us to now create the intelligence and supply chain that we have the ability to make supply chains smarter for everyone is our mission now as we go forward.

**Serwer:** Right, right, yeah. So you were a supply chain before supply chain was cool?

**Subramaniam:** We were supply chain. That's a good way to say it. Yeah. That's a good way to say it.

**Serwer:** David, I want to go back to you. There's so much you're talking about the business and, you know, I want to ask you to comment maybe a little bit on what's going on with Paramount. And the Paramount scrum. And, yeah, there's people are always saying, well, there's going to combine your company with that company, ultimately. That's what this is going to lead to. How are you keeping track of what's going on at Paramount? And are you interested in that company?

**Zaslav:** Well, Paramount is a great company, you know. We have a number of great content companies. For us, our goal is to do the best we can with the businesses that we have, whether it's CNN or a sports business or one of the leaders in global sports with the biggest TV producer, Ted Lasso, Shrinking, Abbott Elementary. We got our motion picture business going. I think over the years, one of the things that I think has been critical is you need to look at your peers. You need to know what everyone's doing and learn from them. But ultimately, you're going to be successful if you do a great job with the assets that you have, and you make those assets, in each case, you want to make them something that people have to have. You know, when I worked at GE for Jack Welch many years, he described it simply as, you needed to be number one, or number two. And that's the way we look at Max and HBO. It's the way we look at CNN, which is the global leader in news. It's the way we look at our sports business. And it's also the way we look at our TV and motion picture production business. So I know Sherry well, and they have a lot of great people there. It's in our interests for them to be successful. So however, it turns out, I hope that they're successful and our focus is to create more content and be on more platforms so that people spend more time and are willing to spend more money for what we create. That's really our focus.

**Serwer:** So following developments,? Following developments there.

**Zaslav:** Yeah, I mean, look, this industry is under disruption. Yeah. And so when there is disruption, very often there's consolidation. People get out of businesses, others get in to the business. And so the business is facing will change, which I think gives us as a leadership team an opportunity to really have an impact on the way people will see Warner Brothers and HBO and Discovery and CNN, you know, 20, 30, 40 years from now. When I started MSNBC and CNBC years ago when I worked at NBC, it was the way people got information was much different. There were newspapers, some magazines, and you turned your TV set on. We have to contemporize all of our businesses. And one of the things we're striving to do now, Mark Thompson is at CNN is, it is the number one brand for news. It's the most trusted brand in the world, but it has to be something that people of all ages, in every country, on every device, can consume, and it is not necessarily going to be that you you're watching what is CNN or CNN International today. And so in each of the businesses, we need to fight to do that.

**Serwer:** Right. Carmine, what have you what can you take away from your experience of running EY? This is the exit interview question. Are you going to have an exit interview, by the way? Like a real one with HR? Do they do that kind of thing with you guys?

**Di Sibio:** That's a good question. Maybe I should ask.

**Serwer:** Maybe you should, or you could ask for one, I guess.

**Di Sibio:** Yeah, I have a lot to say...

**Serwer:** Dish. Go ahead.

**Di Sibio:** I mean, in the exit interview, not the here. No. Come on. No, it's been, look, you know, we, you, we're on the forefront of so much in terms of what we see around the world, and what we see from our clients. And so, you know, some of the things that we're seeing now, you know, AI, we haven't brought up AI yet, but I might as well bring it up. So, you know, we've done a lot. We're investing a tremendous amount of money in AI. Some people think that we won't need 400,000 people. We'll need one person, an AI. I don't believe that. We will always need talent. But we have an approach, Andy, to so many of these things that come up in business, and we then try to make sure that our clients have that similar approach. So with AI, we've told all our clients, look, we at EY are looking at AI in three different streams. One is, how do we really help our clients deal with AI? So we have a lot of used cases going on around the world in all different sectors that I'm sure represented around the room. But the first thing we tell them is, you need to have a structure. You need to think of AI at the highest level, at the CEO level, at the board level in terms of how are you're going to it, use AI in your business, how are you going to make your business better? Too many companies kind of let their CIO just deal with new technologies, including AI. We think that's wrong. So first thing is, how do we help our clients, including from a strategy perspective? Second is, how do we improve our own business? And we will use technology more and more, which will enable us to grow more and more without using people, with using technology. That's something that has to be developed quickly and, you know, with a lot of thought in terms of where it goes. Now, people always say, you know, okay, what's the productivity savings? To me, that's the biggest question now in AI that's coming up, okay, you know, what's the productivity savings? Well, first of all, I think it's too early to really tell what the productivity savings are. Second of all, from what we can tell right now, including our clients and ourselves, this should pretty quickly be a 20 to 30% productivity savings. Okay, pretty quickly. And then the third stream on AI is around really good AI. So we have our people around the world, our partners around the world, that are involved with governments and so forth, on how do we make sure that AI is good, i.e. it does not have biases, you know, it's it's not something that's taken over humans, and that's something that I think is important as well, including regulation. Including regulation. So I picked AI as just one topic, but it's been great, Andy, on all these types of before AI, we did a lot of amount sustainability. We still do a lot of around sustainability. It gives, to me, the best part about being at EY for 39 years is we're always at the forefront of what's going on in business, and hopefully we're sharing that with our clients and making our clients better.

**Serwer:** Jessica, what about AI in your business? I mean, people think it's a big threat to journalism.

**Sibley:** Yeah, we think of AI really in sort of three areas. The first is our coverage of AI, and we've leaned in hard to this. We want to be the go to source for everybody on AI. A couple of examples of that are we launched last year, our AI 100 list, identifying the 100 most important influential people in AI today. We had over 50% global people of color, we had 40% women, we had an 18 year old doing activism and ethics in AI, and we had Jeffrey Hinton, the godfather at 76 of AI, talking about the perils and the progress and identifying all the individuals in AI from, obviously the entrepreneurs, the CEOs, but also the regulators, the scientists, the designers. We named Sam Altman, CEO of the year last year. He gave Time his first interview after everything that happened to Sam, getting fired and rehired. He also gave us the first on stage interview at our Person of the Year event in New York City in December. So we're going to continue to lean in. We have the best journalists that are going to be covering every aspect of AI. Number two, the threat you mentioned to AI for Time or for media overall, I really wish I could have been next door, sorry, Andy, I'm on this panel, but Brad

Lightcap, COO, of Open AI is speaking on an AI panel right now. We know there's two paths. Litigate, negotiate. We know in the press that there are incredible media companies who have chosen both paths, one to litigate, one to negotiate. And in some cases, try both. At Time, we'd prefer to negotiate and get fair value of our content. I joined Time in our 100 year history, our 100 year centennial of 100 years of our archives. When it's in history, it's in Time, when it's in Time, it is history, so it's our photojournalism, our video journalism. We know that that's being accessed, and we want fair value for that. We know media is hard. We've faced all kinds of technology disruptions and changes. It's been the only constant in my 30 year career. In some cases, we have to navigate that. In some cases, it's amazing because we have 120 million, our largest global audience, in our 100 year history, also our youngest, and we're on TikTok, we're on all these other platforms that allows readers and users to engage in Time content for free. And then, you know, lastly, I think, you know, you spoke to this. How does it make us a better business? You mention my boss, my bosses, I should say, Marc and Lynn Benioff, full disclosure. Marc and Lynn bought Time in 2018. So they are co-owners and co-chairs. They hired me a year and a half ago. I work directly for them. It's their largest private investment. And obviously, you know about Mark as the chair, CEO and founder of Salesforce AI is at the forefront of everything that they're doing, and we want all help. We want all partners. We know that AI cannot replace the journalism that we're doing. Anyone read the Trump story or saw it on CNN or anywhere else? Time dominated, dominated in the news cycle in the last several days. You couldn't miss it. We got the interview with Trump for one reason, which is our number one core value, which is trust. He trusted Time. He trusted our fairly young reporter. It was an 83 minute transcript that we published in full. We had two interviews with him in Florida, and we dominated the news cycle and both sides. So former Trump and his team has said publicly, everyone must read this. It's a must read. Biden and his team also said, "You must read this." And that cannot be replaced. We could look at how do you take that content and that expression and create a third grade version, or fifth grade version, or translate into every other language, or do an infographic, or all these different new ways of sort of content repurpose or regenerations. So those are some of the things we're working on, and we just, as Sam says, you can't predict the future, but we're leaning in hard on it.

**Serwer:** That's a lot. I want to shift gears and go over to Raj. Raj, how many countries are you in?

**Subramaniam:** 220 countries and territories.

**Serwer:** Okay, what countries are you not in?

**Subramaniam:** The ones we are by law, not allowed to operate. Otherwise we are everywhere.

**Serwer:** North Korea?

**Subramaniam:** North Korea. No, no.

**Serwer:** Where else?

**Subramaniam:** No. Iran, yeah. Iran. So, yeah, but I do want to comment on the AI bit. All right, well, wait. Because, you know, go ahead, you know, everyone, I mean, one of the things that you're doing, obviously, like everybody else, is that, you know, taking on the productivity and, you know, things to do improve productivity. So that's a given. But the world of dynamic supply chains in all these countries right now, we are sitting on critical insights of global supply chains every single day. We have 15 million packages a day, each of those packages scanned 20 times, and today's information and insights is different than yesterday's and tomorrow. So it's very dynamic. So we realized the centrality and the value of data about four years ago. Much before the AI, you know, became a phenomena. So we have, you, one of the key things to be able to provide value for all your stakeholders using AI is the fact that you need to have your data organized and centralized, if you start now, you're a couple of years away. The good news for us is that we started on this journey four years ago. And so now we are sitting on a data platform that essentially provides insight support the global supply chain every single day. The data is already organized, so suddenly comes along, all these tools are on AI, ML, large language models. And so we are now training those on our data, so we are our vision now has evolved, not only be a supply chain company, but also a supply chain technology company.

**Serwer:** Right.

**Subramaniam:** And we are working, you know, we are about two to $3 trillion of goods past through our system every single year, at the value of those goods. We have about 20 or 30 million shippers, and now, because of e-commerce, we are 150 million, 15, 50 million recipients. Right. That's now we have created a digital twin of FedEx, and we are creating a platform that connects this in in a seamless way, an AI and ML play a significant role. One other area on AI and ML is on robotics. So if you go to a FERX hub today, the pass package gets in one side, gets all the other side in minutes. And you don't see any human beings, except for loading trucks and unloading trucks. That's one of the most complex robotic challenges, especially loading. Think about it. It's like a game of Tetris, you to figure this out. Yeah. AI and ML fundamentally changes the game on that. And we are working on solutions now with some partners in Silicon Valley to be able to solve that problem. So there's this incredible amount of work that's going on the technology front, especially those 200 countries and supply chain patterns are changing very dynamically as we speak. And this information, we get it from the bottom up, because, you know, it's not like a theory or a study. You know, if somebody wants to move the manufacturing, they need to figure out the logistics. So we hear it from the bottom up, and so, you know, we are just simply, you know, a referendum or global supply chains, every single day.

**Serwer:** Yeah, there's distribution and centers are really, if you've ever been to one, they really are modern marvels, you know what I mean? They're really, like, that is, you, human beings with technology at their best, especially around the holiday season.

Oh, yeah, I think it really cranks up. By the way, where're I always going with those countries, I wasn't trying to call you out. I was just more trying to speak to you about globalism. We're going to get there. We'll come back to you about that one, because I want to go over to David and ask him about sports. Sports are big, you know, and talk about linear TV. It's one of the last great things or there's

4

other great things, but it's important. And of course, you're in the throes of the NBA negotiations. So, first of all, any update with the NBA, and second of all, how important are sports to your business?

**Zaslav:** Well, first, we continue to be in constructive negotiations with the NBA. It's a great league. The TNT team does a terrific job. And we love the NBA. What's interesting, and I think it's part of the philosophy of our company, is, and it's different than other media companies. We're one of the only real pure storytelling companies in the world. Netflix is one too, but, you know, we're not in the retail business. We're not in the watch business. We're not in the broadband or cable business. We're in the storytelling business. But we also have a different philosophy on storytelling than a lot of our peers. We really believe that great storytelling should be a shared experience. When I was at NBC on Thursday nights was must see TV. When you go to the theater, you put your phones away, the lights go out, you with a group of people, and tell me a story. And as a culture, we've become so tribal that these moments of coming together and sports is the third piece of this. Coming together and having a shared experience is magical for me, at least, and for many of us, when the lights went out and you watched a movie, you know, for me, *All the President's Men*, or *Bonnie and Clyde*, you got to see part of the world that you never got to see. But it has the chance, particularly in storytelling, to change the way you see yourself and to change the way you see the world.

So when we got a hold of this business, we were down to four movies, and we said, no, the motion picture business matters. There's two theaters on every Main Street. It matters for America in terms of doing the right thing. It matters around the world that the motion picture businesses an opportunity for people to come together, but also, everybody goes to the theater, whether you're on the left, whether you're on the right, whatever your ethnicity, whatever your gender, whatever your belief system is. You go into the theater and we tell you a story. And when we're at our best, we could change the way you see the world, and we could change the way you see yourself. And on HBO and Max, we made a decision. We're not dropping our series. That's a great strategy. There isn't a right and wrong and a lot of the decisions that we make. But if you were watching *House of the Dragon* or a *White Lotus* or a *Succession*, or *The Last of Us*, were *Gilded Age*. It's every Sunday or Monday night. And we as human beings, we need to have a shared experience. We need to have something to talk about. You, every Friday, after the Must See TV, people would be talking about *ER* or *Friends* or *L.A. Law*, you know it was it's one of the things that makes it, you know, joyous, joyous for us as human beings, to have something to share that's not divisive, that's a shared experience. And so on Sunday and Monday night on HBO, you could see it. When I was talking to Musk about what we can do together on Twitter, he was looking at the enormous explosion of social media coming out of *House of the Dragon*, *The Last of Us*. And how do we, when people are talking about it, how do we structure it? With a lot of our technology companies, that you could hit one button and now you're watching *House of the Dragon* and you're on Max. But that shared experience to us is critical, because if you drop a series, I call you up and I say, hey, I want to talk about that. Don't. I haven't seen it yet. And I had this experience about a year ago when I offered to some friends over a dinner. If you really love it, I can send you the last two episodes. And they said, no. The whole idea is we get together with a group of friends, we're on the phone, we're texting, and we're sharing a great story together. And I think, you know, for us, you know, that's a big deal. Sports is a big deal because for the same reasons, it's a shared experience. It doesn't have the same ability to change the way you see the world, except that it's it's a positive experience, you know, we're all watching, you know, the Knicks and the Pacers tonight. We're all watching the Super Bowl together. It reminds us that we have so much more in common than is what differentiates us. And that's going to be a big challenge, I think. You know, for us as a society, there's so much dividing us. We're really trying at CNN. Mark is really trying at CNN to be a trusted place for facts. And, you know, when the truck the tank was rolling on Moscow, you know, there were a lot of networks around the world that were in repeat or behind a desk. Within 14 minutes, Christiane Amanpour was at a desk, and we had 38 people in Russia and they were telling us what's happening, and we were able to show the pictures and people believed it. With AI, it's not going to be just good enough. You used to see something when we knew that it was true. Now we're going to have to create an environment when you see it, you know it's presented by an organization or a resource that could be trusted. And so that is an opportunity, I think, for us.

**Serwer:** That's the challenge. I don't know how many people saw Reed Hoffman interviewing Reed Hoffman. Did you guys see that? He had an AI version of himself, and he was talking to himself, and it's just, my wife asked a very simple question, which one's the real Reed? And you couldn't really tell. It was really amazing. We're starting to get some good questions in from you guys, so keep them coming. I'm going to start one here with Carmine. What has been one of your most challenging moments as a CEO, and what did you learn from that experience? Maybe you can talk about the split up thing that didn't happen. I mean, that's a tough one, but I'm going to ask you that, okay? Yeah, fair?

**Di Sibio:** Always fair, Andy, you–

**Serwer:** Fair enough?

**Di Sibio:** anything. Now, you can say anything.

**Serwer:** Yeah. Okay.

**Di Sibio:** No, that's, for me, that was probably one of my most learning experiences. At EY, not just a CEO, and that is, for those of you who don't know, we were we had a meeting about two and a half years ago around where is EY going in terms of the future. And when we looked at our revenue going forward and our growth, ambitions going forward, one of the things that we realized is that as we grow more and more, the conflicts are greater and greater. And when I say conflicts, conflicts between our audit business and our generally our consulting business and deal business and everything else. And so we looked at it and said, you know what? I think both sides can grow more if we actually split the company. So we had several board meetings and then we the board gave me the permission to hire bankers and lawyers and look at this very, very seriously. Unfortunately, some of this leaked into the press sooner than we wanted it to, which always causes some problems. But we moved along on this project, we call the project Everest Andy, because it was it's a very difficult thing to accomplish in a partnership of 13,000 partners around the world, and so we came to a point where eventually we couldn't get all the partners to agree, we couldn't get certain groups of partners to agree. So we basically abolished the whole plan.

5

When you talk about learnings, though. First of all, first learning that we had, and we had many learnings of this, is governance. Governance is, you know, people don't pay attention to governance until until you really need governance. And what we have found is that these large partnerships, and now you're seeing this with some of our competitors as well, the McKinseys of the world, and so forth. Large partnerships that have thousands of partners and so forth are difficult to manage. And they really don't work in a partnership governance model. And so we, as well as our competitors, are looking at more corporate models in terms of governance going forward. And, you know, this didn't go forward, our deal didn't go forward, because a minority group was able to make decisions and stop things for the majority. And that's something that I think every organization needs to look at in terms of their governance. Obviously, corporate governance, public company governance is pretty well established. But private company governance is not as established. And so that was learning number one.

Learning number two also is, you know, really understanding the thoughts of all your partners and what drives them. And, you know, sometimes, and I've had many people come to us in terms of when we were doing the project, this is all about economics. It's all about economics. So if you make the economics right, this will go forward. One of the things I learned is that it's not all about economics, especially when you have a culture, of being together and so forth for so many years, this became very emotional. And it wasn't just, you know, money talks, it was an emotional period for all our partners, and it was an emotional period in terms of splitting up and people losing their friend and that kind of thing that they were working with, they've known for a long time. And so I probably underestimated the emotional part of this as well. So those are a few. I mean, we learned a lot of intricacies about our business around the world, but one of our advisors told me when I set out on, they said, "Carmine, listen, I have two pieces of advice. One, if you're going to do this, you know, you're kind of a nice guy and people like you, you're going to have to have thick skin. And you need to have thicker skin than what I've seen. And two, you absolutely will learn more about your business. I know you think you know a lot about your business because you've been there so long. But in this situation, you'll learn more about your business than you ever have learned before." And those two things were all true.

**Serwer:** Well, thank you for your candor there. I know that that's actually really, really interesting, so appreciate that. Jessica, why to ask you about being public facing. If you don't mind me saying so, you're very public facing. You're out there, and I'm wondering what goes into that decision making, because you don't necessarily have to be, but you want to put yourself out there as a face of the brand. And I wonder what goes into that thinking.

**Sibley:** I do. I would say, I'm not a journalist. I have always been on the business side or the revenue side or the sales side, so I consider myself a people person an entrepreneur whose whole career has been about running sustainable, healthy, profitable businesses to support what's so needed today, which is trusted journalism. And part of being the CEO of Time, which 100 years ago was started by men, for busy men that didn't have a lot of time. Here we are, 100 years later, and I have this incredible opportunity and privilege to lead this company into the next 100 years for Marc and for Lynn and for our audience and for our journalists and our employees, and part of it is being customer facing and being the brand and owning that. And because I am a serial extrovert and I want to be with people like my colleagues and my peers and people that I've respected and admired here in the room and here at this conference, learn and grow and then be with our customers and get people to see what Time is doing now. I started traveling the world for Time a year and a half ago, and everyone came up to me and had a Time story. I was not expecting that. And every story that they told me was so important. They used the words like Time was my Bible. I learned how to read English, write. I had a book report. My parents were immigrants, and I had to give them a book report. I interviewed a candidate who was leaving the Wall Street Journal. I loved working at the Wall Street Journal, and I was like, why would you ever leave the Wall Street Journal to come to Time? And she said, "Time showed up every week in my home, and my father had first dibs on it. And it wasn't until he finished and put it on the coffee table that I took it as the second reader. I'm like, "You're hired. That's a good story." And so it's just, it's so important to learn about the history and the legacy and make it relevant and contemporary and bring that forward to today. And it just started— I started with a head of comms that had never really worked for a CEO. She focused on the editorial side and all of our storytelling. I really share that with David and that we look at ourselves as the world's storytellers; and I just said, we got to get Time, like, reinvigorated and build this brand and wherever I go, like what you just said, Andy, I see it and I see you. And now the opt in, because what we've done is we've pivoted Time from a B to C company to a B to B company. And so the opportunities to work with companies like EY and FedEx and many others as are advertisers, advertising is very widely defined these days. We're really proud of that. We're working with global blue chip companies that trust Time and want to partner with us. So that's really the reason why. And it's honestly all about Time and less about me, because I don't think anyone would care about Jessica Sibley. Kim Kardashian, we had her on our cover, and my team said, "Oh, Kim Kardashian wants to meet the COE of Time, and she wants to meet one other person." Jamie Salter, who's next door, she's very funny. And I said, "Oh, she wants to meet me?" And they were like, "No, she wants me the CEO of Time." And so you always have to remind yourself of that.

**Serwer:** Yeah, yeah, yeah, for sure. Question from the audience, Raj, for you, are you having issues with the Boeing situation on your planes? Are you moving to Airbus?

**Subramaniam:** No, we have, you know, we have been partnering Boeing and Airbus for many years. You know, we have a lot of you know, fleet. We primarily fly 777s, 677s, and 757s, and we have had a great experience. So, no issues whatsoever.

**Serwer:** Another question. And Jessica, this could be equally apply to you, which is there's been, you, unionism is on the rise in this country, and we've seen this in journalism. Conde Nast is wrestling with that right now, and they were looking to potentially disrupt the Met Gala, if you can imagine. But I think they resolved it. And I know you've had your working with some unions, Raj. How is that going with the pilots and the machinists or the mechanics?

**Subramaniam:** I think it is. How's that been going? No, I think, you, we have a we have 530,000 folks around the world, and for the most part, we are non-union company and we have pilots who are unionized. So you know, we respect the right for anybody to form a union if that's what they choose. However, you know, we believe in our people-first philosophy of FedEx, and that's been the foundation and cornerstone of the company. So, you know, we'll continue negotiation around the world in work in so many different countries and so many different situations. And this is nothing new for us at this point.

6

**Sibley:** I would make one comment on that. I've tried to reorient how, I think CEOs and companies should embrace or respect unions, being my age and a female led CEO, they're a very few these days still. The rules were the rules. Like, you never question them, you never challenged them, ever. You just did your thing, and that was it. And we have union employees at Time and they're challenging and questioning the rules. And a lot of them are young, and a lot of them are women, and a lot of them are people of diverse backgrounds. And I respect that. I want to embrace the one team, one company culture, and try to work together. But what they're advocating for is really fair. It's trusted journalism, it's pay equity, it's career advancement. I don't think there's anything wrong with that. And I think if we reorient our thinking and approach, I think we'll all come out ahead.

**Serwer:** Yeah, it's not an easy one. David, maybe I should ask this question to you. What rule do CEOs play in addressing the widening wealth inequality gaps when the average CEO claims 340 times pay compared to their workers. I know your pay sometimes is in the news, so maybe we'll put that one to you from the audience.

**Zaslav:** Well, first, I think the point about unions is it starts with you have to respect your employees, they need to be fairly paid, and they need to feel fairly paid, and there needs to be a culture where they feel seen and valued and free to be who they are and have their best chance at their best life. And I think we've done a very good job at our company. We were one of the first companies in media to set up medical facilities at each of our buildings, daycare, flexible work, to create a diverse environment within our company. So I think ultimately it's about creating a culture, but it starts with people coming to work and feeling safe and respected and fairly paid and seen. And I think if you do that, you get better productivity, you get people wanting to stay and a higher purpose. What does Warner Brothers Discovery stand for? Why are you here? What are we trying to do at CNN? What are we trying to do at Warner Brothers motion pictures? What are we trying to do at HBO? What are we trying to do? It's in our sports business, and that there's that shared vision for who we are and what we want to do, and if we get that right, then I think we're a much better company, and it is critical. We just came out of a union strike, which was really, you know, very debilitating situation for all of us. And in the end, part of that was driven by the fact that the industry was changing so quickly, we didn't quite know exactly how to fairly compensate, and we were arguing about how do you fairly compensate on a streaming service versus a cable channel versus, but ultimately, the goal has to be pay your people fairly and have them feel, have them feel that they're paid fairly and seen and valued.

**Serwer:** Yeah, and just to respectfully follow up, you think pay packages of CEOs can be problematic here?

**Zaslav:** I think all CEOs need to be paid with alignment with shareholders, and the majority of compensation should be aligned with the performance of the stock. And if the stock does well, then the CEO should do much better, and if the stock doesn't do well, the CEOs should not. And so I think alignment is critically important and you, that has been the focus, you know, for me over the years, and I think it's been the focus of investors to get real alignment between not just CEOs, but senior leadership, to be driven and be aligned with shareholder growth.

**Serwer:** Right. I want to ask you, how much work, Carmine did you do with regard in regard to helping CEOs with shareholder activists? And, you know, shareholder activists have never been more powerful, you could argue. Some people say it's gone too far, some people say that ISS has gone too far. Where do you come out on that?

**Di Sibio:** We do a lot of work with our clients, both at the board level and at the CEO and senior management level around activists. Obviously working with them. It's, you know, and you have a lot of different views here, Andy, in terms of activism. Some people think activism is part of our, you know part of our market, and it's important, and it's important for the capital markets because activism's activists play a role in the capital markets. And we've had a lot of conversations with clients about good activists and bad activists and so forth. And when you talk to board members around this that have gone through it, I've been actually surprised at how many come to us and say, you know what? "That was a little ugly, but we got through it, and we are a better company because of it." So, you know, that's been surprising. And I think some activists come at it with a real issue in terms of what the company is doing strategically, that they think there's a better way. I think that's a fair comment and especially if they're obviously buying a lot of shares. And some are more disruptive and so I view it as part of the capital markets and part of what every company needs to deal with. I mean, there are a few companies in the news now whose stock even the last week or two is, you know, taking a big hit, and there's real questions on their business model going forward. I won't mention companies, but there's real questions. And so some of those are rich for an activist to really come in and make them think through what needs to happen.

**Serwer:** Right. What about those ISSs of the world, Glass Lewis and of those? And you guys have any takes on that yourself, David, or Raj I don't know about you, Jessica either, but—

**Di Sibio:** ISS, I mean, some of their demands, Andy, are a bit difficult, I'd say, but some are needed. I mean, you know, like everything else, I think it needs to be taken in balance. I do think there's a place for things like ISS, but some of their demands have been incredibly difficult.

**Serwer:** Raj, you look like you wanted to jump in.

**Subramaniam:** Yeah, no, I was just going to say no from the shareholder perspective. I mean, do we listen to every proposal that, you know, reasonable. And, you know, when usually what happens is when we sit down and talks, I mean, talk about where we're heading, things actually work out. And I don't have anything else to add what Carmine said about ISS.

**Di Sibio:** Can I circle back, please? To Dave and the question on David and Jessica, the union thing. I think one of the things, Andy, that we are seeing more of, but I think we could see even more of, and that is really equity. Using equity with your employees, allowing them to have more equity, that drives the whole organization in one direction. And I think that's something that that can be utilized, even with the lowest level employees. There was one of our clients, Pete Stavros from KKR, is on a whole mission in on every deal making sure that employees get some of the equity. I think it was on 60 Minutes last night. I didn't get a chance to see it. But the more

we utilize that, where the CEO and the employees are on the same path in terms of how they get paid, the better. And I think there's more work to be done there.

**Serwer:** Dave, you are nodding on that one?

**Zaslav:** No, I think that's well said.

**Serwer:** Right, yeah. Okay. And Raj, I wanted to make sure I talked to you, I asked you a little bit about climate, and, you know, that's got to be a big concern, you know, in terms of your carbon footprint of your company, Obviously, front and center, I wonder how you think about that as a chief executive.

**Subramaniam:** Yeah, no, this is a very big point and important point. So there are two basic things I will talk about. One is our own. So if you think about us, we have the airline, we have the ground network, and we have the facilities. And it's actually go back from the facilities first. We have 5,000 facilities. I think there's a reasonable plan in the next near future that we can get to a carbon neutral. We have 200,000 vehicles, ultimately electrification is going to be probably the best solution here, but still a lot of things to be worked out, especially on the infrastructure to be able to make sure that happens. So that leaves the airline. The airline, you know, there's a lot of conversation about sustainable aviation fuel and such and we are watching that very, very closely. And it stands right now, the supply demand doesn't work. I mean, supply of sustainable aviation fuel versus demand is only like small percentage of what. And the price is five or six X. But hopefully that starts to balance out in the future. So we have actually done something in terms of doing more fundamental research to see what is what the not for FedEx, but how the aviation industry can do this. So we created with Yale, the Yale Center for Natural Carbon Capture, and you see no FedEx name on it at all. In fact, it's, you know, it is something to do fundamental research to figure out what are the solutions that it's still done, that we haven't come through yet. So that's the in a gamut of solutions that we we're working through. This is a very important issue for us, as you said. At the same time, we're also now the only company at a who have a created a FedEx sustainability index, at an individual package that we can give you an accounting for our customers on what their carbon footprint is. And so it's not averages or monthly for every package. Now, we can actually work with our customers to say, all right, this is your carbon footprint. How can we now reduce? Maybe even provide choices to the consumer saying, all right, there are different choices here. Which one, you know, do you really want that Tshirt tomorrow? You know, and things like that. So we are working on multiple areas, the three factors of our assets and then also working with our customers.

**Serwer:** Dave, this is a question for you, and I'm from the audience. I'm fascinated by this one, Always have been. What does it take to be a great, entertainment leader? And you know, here we are in Hollywood, right, or close to it. What is this thing? You got it, like this gut "that show is good, and that show is bad." Can you just please tell us how you do that? It must be easy, right?

**Zaslav:** Sure. I'm a I see as a CEO, I'm like the strategic leader of the company. I'm the coach. It's hiring great, real creative people. Casey Blois that runs HBO and Max has been there for 20 years. He has a great track record on storytelling, the creative community wants to work with Casey and his leadership team. You, when I put a new team in place at Warner Brothers Motion Pictures, you know, Mike DeLuca and Pam Abdy have made over 100 films, you know, Pam made *Revenant*, Mike made *Moneyball*, *Social Network*. It's They started reading scripts. Tell me a story, and figuring out, how do you tell a great story? That's true of the team that we have at TNT in sports around the world. If you look at our sports programming, it tends to be much higher rated than a lot of our peers, because we really focus on getting great personalities and telling stories. So it sounds simple, but you need creative people that start and end with telling the story, who are the personalities, what is the dynamic. You know, it very often, you know, in our industry, when I started in the cable business, you'd take a great business leader, a great salesperson, or a great marketer and say, okay, you're in charge of this cable channel now, or you're in charge of this free to air channel. Everyone that runs a creative business for us is a creative leader. They can go in the room and they can fix the content themselves or they can look at the opening and say, "We got to recut that", or "that person is not the right person to play that role." So it's I think it's really about finding real creative people that that's what they start with and that's what they end with.

**Serwer:** All right, Jessica, I'm going to go to you, probably for the final word, and continue on this theme of the creative process. You just had a big gala. You talked about that a little bit, where you're getting these global thought leaders and personalities, gathering them convening them. And then also your team has to pick things like the Person of the Year, the Time 100, all these groups of people that you're sort of prioritizing. Some of them are here at this conference. How does your team go about doing that? And is that crazy cool and do you get to go in and pick the person yourself? And who's the person that you're going to be?

**Sibley:** I do not get to pick anyone. People thank me, and I said nothing to do with it, and then they're mad at me, and I said I had nothing to do with it. So it's an incredible, creative process, but also an editorial process. And I love to talk about Taylor Swift and maybe we'll just end on that because everyone would agree that she had quite the year and whether you're a Swifty or not, she's driven the economy globally in places that we never would have expected. And I look at her as a CEO and as a brand. And she gave one interview in five years. So anyone that's written about her hasn't spoken to her, she did, I'm not under NDA, she did an eight outfit change photo shoot for us. So anyone who's photographed her was either paparazzi or went to her concert. And if we can keep doing this hard work and getting an interview with Taylor, she hasn't given an interview since. She doesn't need to. She can talk to her fans directly. She doesn't want an interpreter. And trust somebody who's done a lot and has lost a lot of trust in people around her, we're really proud of that and excited. And I guess the irony is Trump said he should have been person of the year and not her, and here we are with him on our cover, and a 26 minute read, which you should access on Time.com. And we're excited to be able to do all of that, to put Sam Altman and former President Trump and Taylor Swift, and we're going to continue writing the stories and getting the interviews that no one else can.

**Serwer:** Great. Well, we'll end on that. Taylor Swift versus Donald Trump, and you guys we'll let you hash that up. Please join me in thanking this tremendous panel, Carmine, Jessica Raj, and David. Thank you, guys.