# EXHIBIT 23

 **SI**

# Where the NBA TV Rights Deal Stands After WBD Matches Amazon's Offer

No, 'NBA on TNT' and 'Inside the NBA' haven't been saved (yet?).

Jimmy Traina | Jul 23, 2024



If Amazon ends up winning streaming rights for the NBA, the 2024–25 season will be the last for TNT's "Inside the NBA." / Brett Davis-USA TODAY Sports

    



**1.** Here's where we stand with the NBA television rights deals. Warner Bros. Discovery matched Amazon's offer on Monday. This does not mean TNT keeps the NBA and Amazon is out.

The NBA released a statement that simply said, "We've received WBD's proposal and are in the process of reviewing it."

The NBA could accept the bid. The league could also dispute the definition of "match." The NBA clearly wants to move on from cable and partner up with a streaming service. Amazon is in over 200 million homes and TNT is in 89 million homes.

So contract language about what "match" entails will determine everything here. If the NBA doesn't accept WBD's match, this could end up in litigation. Did WBD match solely to ensure the company gets some kind of settlement?

Some people think so.

Other legal experts think the NBA and WBD won't even get to litigation. From Sportico's Michael McCann:

"Still another hurdle is whether the NBA's deal with WBD contains language that compels the parties to mediate and/or arbitrate disputes before either can seek redress in the courts. If such language exists, a

judge would be inclined to dismiss a lawsuit until the parties have exhausted their dispute resolution procedures."



We're still in a stage with all of this where we can't definitively say what's going to happen, but if you just use common sense, it's pretty clear that the NBA wants Amazon and, when all is said and done, Amazon will likely emerge with the third package and TNT will be finished with the NBA after next season.

**2.** After experiencing a disaster with the airlines and some canceled flights over the weekend, ESPN's Adam Schefter told Pat McAfee that he hired a cab to drive him back to New York from Detroit.

3

Amazingly, McAfee didn't ask Schefter how much that cab ride cost and I need to find out.



**3.** NFL fans' dream of having the Super Bowl fall on the Sunday before Presidents' Day may become a reality in the near future. *The Washington Post* reports that the NFLPA and the league are in talks about an 18-game schedule.

If that extra game comes with an extra bye week, the season would be pushed deep enough into February that the Super Bowl would then fall

on the holiday weekend, giving a lot of people a day off on the Monday after the big game.



**The Washington Post** ✅
@washingtonpost · **Follow**

The NFL Players Association has engaged in high-level discussions with the NFL about the potential implementation of an 18-game regular season, the NFLPA's executive director said.

washingtonpost.com
NFL, NFLPA have begun discussions on a potential 18-game season
The NFLPA's Lloyd Howell left open the possibility that an 18-game season could go into effect before the expiration of the current labor deal.

9:16 PM · Jul 23, 2024

❤️ 25    💬 **Reply**    🔗 **Copy link**

**Read 14 replies**

**4.** Phenomenal news for those of us who listen to Chris "Mad Dog" Russo on SiriusXM and rely on the Radio Hall of Famer for content: He will remain with SiriusXM for the next three years.



**Chris Mad Dog Russo**
@MadDogUnleashed · **Follow**

I'm back baby!!! Thrilled to announce I've signed on with the Great @SIRIUSXM for 3 more years! Your favorite little talk show host in America is back! @MadDogRadio

For More:

sxm.app.link
Mad Dog Sports Radio | SiriusXM
Sports talk with Mad Dog & more

11:09 PM · Jul 23, 2024

❤️ 1.3K    💬 **Reply**    🔗 **Copy link**

**Read 174 replies**

**5.** Peacock lost 500,000 subscribers in the second quarter of 2024.



**TheWrap** ✔
@TheWrap · **Follow**

Peacock Sheds 500,000 Subscribers, Comcast Earnings
Dragged Down by Revenue Drop at Studios and Parks

thewrap.com
Peacock Sheds 500,000 Subscribers, Comcast Earnings Dragged Down b...
Comcast's second quarter earnings results were dragged down by weaker
results in its Studios and Theme Parks divisions

8:31 PM · Jul 23, 2024

♥ 4    💬 **Reply**    🔗 **Copy link**

**Read 1 reply**

I would love to know how many of those were NFL fans who realized
they were still paying for the streaming service after signing up for the
NFl playoff game back in January.

It will be interesting to see if Peacock gets a bump from the Olympics
after it announced prices were being raised just before the Games begin.

**6.** The latest *SI Media With Jimmy Traina* podcast features a
conversation with NBC play-by-play voice Noah Eagle.

Eagle talks about calling the U.S. men's and women's basketball games
at the upcoming Summer Olympics in Paris, his extensive résumé at just

27 years old, getting into the broadcasting business, the sport he hasn't yet called that he would like to call and what it was like to call an NFL playoff game.

Eagle also explains his desire as a kid to become a TV dentist and shares stories about the legendary Bill Raftery, who he has known his entire life.

Following Eagle, Sal Licata from WFAN and SNY joins me for our weekly "Traina Thoughts" segment. This week's topics include the offseason version of *Hard Knocks* being a must-watch, Major League Baseball embarrassing itself by putting games on Roku and the Home Run Derby. We also pay tribute to Dr. Ruth, Richard Simmons and Shannen Doherty, who all passed away in recent days.

You can listen to the *SI Media With Jimmy Traina* below or on Apple and Spotify.



You can also watch *SI Media With Jimmy Traina* on *Sports Illustrated's* YouTube channel.



Noah Eagle on Calling Team USA Basketball in the Pa...

**7. RANDOM VIDEO OF THE DAY**: Happy 59th birthday to Slash. Since I was fortunate enough to be there in person for this, I have to post this video of Slash joining Steven Tyler for "Dream On" at Howard Stern's 60th birthday party.



Steven Tyler, Slash, and Train "Dream On" at the Howa...

*Be sure to catch up on past editions of Traina Thoughts and check out the* Sports Illustrated Media Podcast *hosted by Jimmy Traina on Apple, Spotify or Google. You can also follow Jimmy on Twitter and Instagram.*

Published Jul 23, 2024 | Modified Jul 23, 2024



**JIMMY TRAINA**

Jimmy Traina is a staff writer and podcast host for Sports Illustrated. A 20-year veteran in the industry, he's been covering the sports media landscape for seven years an...

 Follow JimmyTraina

    

---

**SI**

Privacy Policy          Cookie Policy          Takedown Policy          Terms and Conditions

SI Accessibility Statement          Sitemap          A-Z Index          FAQ

Cookies Settings

© 2025 ABG-SI LLC - SPORTS ILLUSTRATED IS A REGISTERED TRADEMARK OF ABG-SI LLC. - All Rights Reserved. The content on this site is for entertainment and educational purposes only. Betting and gambling content is intended for individuals 21+ and is based on individual commentators' opinions and not that of Sports Illustrated or its affiliates, licensees and related brands. All picks and predictions are suggestions only and not a guarantee of success or profit. If you or someone you know has a gambling problem, crisis counseling and referral services can be accessed by calling 1-800-GAMBLER.