**WHITE & CASE**

July 11, 2025

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

**VIA ECF**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

RE:   *Collura v. Warner Bros. Discovery, Inc. et al.*, No. 1:24-cv-09027-KPF – Letter Request
for Oral Argument

Dear Judge Failla:

We represent Defendants Warner Bros. Discovery, Inc., David M. Zaslav, and Gunnar Wiedenfels
(the "Defendants") in the above-captioned action.  Pursuant to Paragraph 4(E) of Your Honor's
Individual Rules of Practice in Civil Cases, Defendants respectfully request that the Court schedule
oral argument (at a date and time to be determined by the Court) on their Motion to Dismiss the
First Amended Complaint filed on May 7, 2025.

Respectfully submitted,

*/s/ Jonathan D. Polkes*

Jonathan D. Polkes

cc: All counsel of record (by ECF)