**WHITE & CASE**

July 11, 2025



White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

**VIA ECF**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**MEMO ENDORSED**

RE:    *Collura v. Warner Bros. Discovery, Inc. et al.*, No. 1:24-cv-09027-KPF – Letter Request
for Oral Argument

Dear Judge Failla:

We represent Defendants Warner Bros. Discovery, Inc., David M. Zaslav, and Gunnar Wiedenfels
(the "Defendants") in the above-captioned action.  Pursuant to Paragraph 4(E) of Your Honor's
Individual Rules of Practice in Civil Cases, Defendants respectfully request that the Court schedule
oral argument (at a date and time to be determined by the Court) on their Motion to Dismiss the
First Amended Complaint filed on May 7, 2025.

Respectfully submitted,

*/s/ Jonathan D. Polkes*

Jonathan D. Polkes

cc: All counsel of record (by ECF)

The Court is in receipt of Defendants' request for oral argument
concerning their Motion to Dismiss.  If the Court determines that oral
argument would be useful, it will promptly reach out to the parties.

The Clerk of Court is directed to terminate the pending motion at docket
entry 49.

Dated:    July 14, 2025
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE