**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICHARD COLLURA, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>WARNER BROS. DISCOVERY, INC., DAVID M. ZASLAV, and GUNNAR WIEDENFELS,<br><br>*Defendants*, | Case No. 1:24-cv-09027-KPF<br><br>CLASS ACTION |

**DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF PLAINTIFFS'**
**MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'**
**MOTION TO DISMISS FIRST AMENDED COMPLAINT**

I, J. Alexander Hood II, hereby declare as follows:

1.      I am a partner with Pomerantz LLP, the court-appointed Co-Lead Counsel for Co-Lead Plaintiffs Anthony Yuson and Michael Steinberg, and Additional Named Plaintiff, Richard Collura (collectively, "Plaintiffs"), and I have personal knowledge of the facts set forth herein. I make this Declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the First Amended Complaint.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

> Exhibit 1:    Letter dated July 24, 2024 from the National Basketball Association to Turner Broadcasting System, Inc.
>
> Exhibit 2:    NBCUniversal – NBA U.S. Rights Agreement
>
> Exhibit 3:    Amazon – NBA U.S. Rights Agreement

I declare under penalty of perjury under the laws of the United States of America that the foregoing documents are true and accurate copies.

Executed on August 25, 2025

*/s/ J. Alexander Hood II*
J. Alexander Hood II

1