**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X
ANTHONY YUSON and MICHAEL STEINBERG,
Individually and on Behalf of All Others Similarly Situated,

|  |  |
|---|---|
| Plaintiffs, | 24 **CIVIL** 9027 (KPF) |
| -against- | <u>**JUDGMENT**</u> |

WARNER BROS. DISCOVERY, INC., DAVID M.
ZASLAV, and GUNNAR WIEDENFELS,

Defendants.
--------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 30, 2026, Defendants' motion to dismiss is

GRANTED. The Court dismisses Plaintiffs' claims with prejudice; accordingly, the case is

closed.

**Dated:**  New York, New York

March 31, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**